# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALLOC, INC., a Delaware corporation, BERRY FINANCE N.V., a Belgian corporation, and VÄLINGE INNOVATION AB (f.k.a VÄLINGE ALUMINIUM AB), a Swedish corporation,**

        Plaintiff,

                                            Case No. 00-C-999

-vs-

**PERGO, INC., a Delaware corporation,**

        Defendant.

# ORDER

Pergo Inc.'s Motion to File Documents Under Seal, filed on August 7, 2007 IS HEREBY GRANTED, and the Clerk of Court is directed to file the following documents under seal:

- Pergo Inc.'s Brief in Support of Motion to Dismiss Berry Finance N.V. and Alloc, Inc.'s Claims for Lack of Standing

- Exhibits A, B, C, D, E, G, & I to Pergo Inc.'s Motion to Dismiss Berry Finance N.V. and Alloc, Inc.'s Claims for Lack of Standing

Dated at Milwaukee, Wisconsin, this 8th day of August, 2007.

                                              **SO ORDERED,**

                                              **s/ Rudolph T. Randa**
                                              **HON. RUDOLPH T. RANDA**
                                              **Chief Judge**