**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**ALLOC, INC., a Delaware corporation,
BERRY FINANCE N.V., a Belgian corporation, and
VÄLINGE INNOVATION AB (f/k/a VÄLINGE
ALUMINUM AB), a Swedish corporation,**

                Plaintiffs,

                                          **Case No. 00-C-999**

    **-vs-**

**PERGO, INC., a Delaware corporation,**

                Defendant.

---

## ORDER

---

A question mark was inadvertently omitted from page 10 of this Court's August 19, 2008, Decision and Order addressing Defendant Pergo, Inc.'s ("Pergo") motion for reconsideration of this Court's February 27, 2008, Decision and Order denying its motion to dismiss the action for lack of standing and, in the alternative, for an interlocutory appeal.

**NOW THEREFORE, IT IS ORDERED** that the first reformulated question presented for interlocutory appeal on page ten is **AMENDED** to replace the period with a question mark as follows:

> Does a former exclusive licensee have standing to maintain a lawsuit brought when it was the exclusive licensee for damages that occurred when it was the exclusive licensee, where the patentee was and still is a party to the suit?

Dated at Milwaukee, Wisconsin this 20th day of August, 2008.

                                          **BY THE COURT**

                                          *s/ Rudolph T. Randa*
                                          **Hon. Rudolph T. Randa
                                          Chief Judge**